The People of the State of Illinois, defendant in error, v. Joseph Moch, plaintiff in error. Gen. No. 36,475.

Opinion filed April 10, 1933.

Brodkin & Bieber, for plaintiff in error; Abraham Teitelbaum, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Grenville Beardsley and Albert Woll, Assistant State's Attorneys, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Fannie Roberson, appellee, v. Hugo F. Toepfer, appellant. Gen. No. 36,241.

Opinion filed April 11, 1933. Rehearing denied April 24, 1933.

Vernon W. Foster, for appellant. John H. Kay, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Alice C. Wilson, appellee, v. Arthur B. Hoffheimer, appellant. Gen. No. 36,257.

Opinion filed April 11, 1933.

Church, Haft, Robertson, Crowe & Spence, for appellant; Burt A. Crowe, of counsel. Joseph D. Ryan and Louis P. Miller, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Edward H. Morris, receiver for Binga State Bank, appellant, v. Fountain Thurman, appellee. Gen. No. 36,267.

Opinion filed April 11, 1933.

James B. Cashin, for appellant; Thomas P. Harris, of counsel. No appearance for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.